IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00172-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
CLERK

JOSE GONZALES,

Plaintiff,

v.

GEORGE DUNBAR,
DR. McLAUGHLIN,
GYLNETTE SMITH, and
P.A. ROBERTS,

Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Jose Gonzales is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Buena Vista, Colorado, Correctional Complex. On January 18, 2007, Plaintiff submitted to the Court a Prisoner Complaint asserting violations of his constitutional rights pursuant to 42 U.S.C. § 1983.

The Court must construe the Complaint liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If a complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [a court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements."

*Hall*, 935 F.2d at 1110. However, a court should not act as a *pro se* litigant's advocate. *See id.* For the reasons stated below, the Complaint and the action will be dismissed in part and drawn in part.

Overall, Plaintiff asserts that he was assaulted in June 2002, and as a result of the attack he has suffered bleeding from the nose and ears and from severe headaches. Plaintiff further contends that he has sought medical attention including a brain scan to check for brain damage, but he has been denied adequate treatment. Plaintiff seeks money damages and injunctive relief. He further states that he has exhausted his administrative remedies.

With respect to the claims asserted against Defendants Dr. McLaughlin, Gylnette Smith, and P.A. Roberts, the action will be drawn to a district judge and to a magistrate judge.

As for Defendant George Dunbar, Plaintiff states that Defendant Dunbar oversees the other named Defendants but fails to state how he personally participated in the constitutional deprivations that he asserts. Therefore, Defendant Dunbar will be dismissed from the action. Accordingly, it is

ORDERED that Defendant George Dunbar is dismissed from the action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendant George Dunbar from the docketing record as a party to this action. It is

FURTHER ORDERED that the claims asserted against remaining Defendants shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

*[signature: Zita Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00172-BNB

Jose Gonzales
Prisoner No. 108392
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

I hereby certify that I have mailed a copy 66 Pro Bono list of the **ORDER** to the above-named individuals on 8/28/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk