**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00172-CMA-BNB

JOSE GONZALES,

    Plaintiff,

v.

DR. MCLAUGHLIN,
GYLNETTE SMITH, and
P.A. ROBERTS,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING FEBRUARY 25, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the recommendations by the Magistrate Judge Boyd N. Boland that Defendants' Motion To Dismiss (Doc. # 12), filed May 8, 2008, be denied.

Plaintiff has objected to these recommendations.  (*See* Doc. # 35, filed March 12, 2009.)  In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendations and Plaintiff's objections.  Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct.  Accordingly,

IT IS ORDERED that the February 25, 2009 Recommendation of United States Magistrate Judge (Doc. # 34) is ACCEPTED and, for the reasons cited therein, Defendants' Motion To Dismiss (Doc. # 12) is GRANTED.

IT IS FURTHER ORDERED that:

1) Claim One of Plaintiff's complaint is DISMISSED as barred by the statute of limitation; and

2) Claim Two of Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

DATED: July  13 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge